# Award
## FINRA Office of Dispute Resolution

In the Matter of the Arbitration Between:

<u>Claimant</u>
Interactive Brokers LLC

<u>Case Number:</u> 15-03204

vs.

<u>Respondent</u>
Ashok Mittal

<u>Hearing Site:</u> Tampa, Florida

Nature of the Dispute: Member vs. Customer

This case was decided by a majority-public panel.

## REPRESENTATION OF PARTIES

For Claimant Interactive Brokers LLC ("IB"): Christian T. Kemnitz, Esq. and David Luger, Esq., Katten Muchin Rosenman LLP, Chicago, Illinois.

For Respondent Ashok Mittal: Arthur C. Koski, Esq., Law Office of Arthur C. Koski, P.A., Boca Raton, Florida.

## CASE INFORMATION

Statement of Claim filed on or about: November 27, 2015.
IB signed the Submission Agreement: November 27, 2015.

Answer and Counterclaim filed by Respondent on or about: January 29, 2016
Ashok Mittal signed the Submission Agreement: December 11, 2015.

Answer to Counterclaim filed by Claimant on or about: February 18, 2016.

## CASE SUMMARY

Claimant asserted the cause of action of breach of contract. The cause of action relates to monies allegedly due to Claimant pursuant to the terms of a fully-executed margin account agreement dated November 22, 2014 (the "Account Agreement").

Unless specifically admitted in his Answer and Counterclaim, Respondent denied the allegations made in the Statement of Claim and asserted various affirmative defenses. In his Counterclaim, Respondent asserted the following causes of action: breach of contract; omission of facts; conversion/unjust enrichment; breach of fiduciary duty; negligent misrepresentation; fraudulent misrepresentation; misleading communications; breach of industry standards; breach of the covenant of good faith and fair dealing; failure to comply with the requirement for best execution; negligence; and violation of Florida law. The

EXHIBIT A

causes of action relate to the Claimant's alleged misrepresentations and failure to supervise Respondent's margin account, and Claimant's auto-liquidation procedures applied to said account.

Unless specifically admitted in its Answer to Counterclaim, Claimant denied the allegations made in the Counterclaim and asserted various affirmative defenses.

## RELIEF REQUESTED

In the Statement of Claim, Claimant requested: an award against Respondent of $235,459.00 for the unpaid account deficit in Respondent's account with Claimant, plus interest; attorneys' fees; and all costs incurred in bringing this arbitration.

In the Answer and Counterclaim, Respondent requested: compensatory damages of no less than $500,000.00; punitive damages; accrued interest from the date of loss to the date of the Award and final judgment; costs; attorneys' fees and administrative expenses; and for other and further relief as was appropriate.

## OTHER ISSUES CONSIDERED AND DECIDED

The Arbitrators acknowledge that they have each read the pleadings and other materials filed by the parties.

At the time of appointment to this case, Arbitrator Joseph John Mantione was classified as a public arbitrator. On November 13, 2017, the parties were advised that Arbitrator Mantione's classification had been changed to non-public based on FINRA's revised definition of a non-public arbitrator effective October 9, 2017.

The parties present at the hearing have agreed that the Award in this matter may be executed in counterpart copies or that a handwritten, signed Award may be entered.

## AWARD

After considering the pleadings, the testimony and evidence presented at the recorded in-person hearing, the Panel has decided in full and final resolution of the issues submitted for determination as follows:

1. Respondent is liable for breach of contract and shall pay to Claimant the sum of $234,716.23 in compensatory damages.

2. Respondent is liable for and shall pay to Claimant interest on the above-stated sum at the rate of 1% per annum from August 24, 2015, through and including payment of this Award.

3. In accordance with the Account Agreement, Respondent is liable for and shall pay to Claimant attorneys' fees, costs, and expert witness fees, the amount of which shall be determined by a court of competent jurisdiction as provided by Florida law.

4. Respondent's Counterclaim is denied.

5. Any and all claims for relief not specifically addressed herein, including Respondent's requests for punitive damages and attorneys' fees, are denied.

## FEES

Pursuant to the Code of Arbitration Procedure, the following fees are assessed:

### Filing Fees
FINRA Office of Dispute Resolution assessed a filing fee* for each claim:

| | |
|---|---|
| Initial Claim Filing Fee | =$ 2,125.00 |
| Counterclaim Filing Fee | =$ 1,425.00 |

*The filing fee is made up of a non-refundable and a refundable portion.

### Member Fees
Member fees are assessed to each member firm that is a party in these proceedings or to the member firm(s) that employed the associated person(s) at the time of the event(s) giving rise to the dispute. Accordingly, as a party, Claimant IB is assessed the following:

| | |
|---|---|
| Member Surcharge | =$ 1,700.00 |
| Member Process Fee | =$ 3,750.00 |

### Hearing Session Fees and Assessments
The Panel has assessed hearing session fees for each session conducted. A session is any meeting between the parties and the arbitrator(s), including a pre-hearing conference with the arbitrator(s) that lasts four (4) hours or less. Fees associated with these proceedings are:

One (1) pre-hearing session with a single arbitrator @ $450.00/session =$ 450.00
Pre-hearing conference:   May 2, 2017           1 session

One (1) pre-hearing session with the Panel @ $1,125.00/session =$ 1,125.00
Pre-hearing conference:   May 5, 2016           1 session

Nine (9) hearing sessions @ $1,125.00/session =$10,125.00
Hearing Dates:
| | | |
|---|---|---|
| | January 8, 2018 | 2 sessions |
| | January 9, 2018 | 2 sessions |
| | January 10, 2018 | 2 sessions |
| | January 11, 2018 | 2 sessions |
| | January 12, 2018 | 1 session |

Total Hearing Session Fees =$11,700.00

The Panel has assessed $787.50 of the hearing session fees to Claimant.

The Panel has assessed $10,912.50 of the hearing session fees to Respondent.

All balances are payable to FINRA Office of Dispute Resolution and are due upon receipt.

## ARBITRATION PANEL

| | | |
|---|---|---|
| Martin M. Van Luven | - | Public Arbitrator, Presiding Chairperson |
| Joseph John Mantione | - | Non-Public Arbitrator |
| Shannon Nicole Boyd | - | Non-Public Arbitrator |

I, the undersigned Arbitrator, do hereby affirm that I am the individual described herein and who executed this instrument which is my award.

## Concurring Arbitrators' Signatures

/s/ *Martin M Van Luven*                                     1/20/2018
_____                          _____
Martin M. Van Luven                                          Signature Date
Public Arbitrator, Presiding Chairperson


_____                          _____
Joseph John Mantione                                         Signature Date
Non-Public Arbitrator


_____                          _____
Shannon Nicole Boyd                                          Signature Date
Non-Public Arbitrator


JANUARY 22, 2018
_____
Date of Service (For FINRA Office of Dispute Resolution office use only)

## ARBITRATION PANEL

| | | |
|---|---|---|
| Martin M. Van Luven | - | Public Arbitrator, Presiding Chairperson |
| Joseph John Mantione | - | Non-Public Arbitrator |
| Shannon Nicole Boyd | - | Non-Public Arbitrator |

I, the undersigned Arbitrator, do hereby affirm that I am the individual described herein and who executed this instrument which is my award.

### Concurring Arbitrators' Signatures

_____       _____
Martin M. Van Luven                                              Signature Date
Public Arbitrator, Presiding Chairperson


_____       _____
Joseph John Mantione                                            Signature Date
Non-Public Arbitrator


_____       _____
Shannon Nicole Boyd                                              Signature Date
Non-Public Arbitrator


JANUARY 22, 2018
_____
Date of Service (For FINRA Office of Dispute Resolution office use only)

FINRA Office of Dispute Resolution
Arbitration No. 15-03204
Award Page 6 of 6

## ARBITRATION PANEL

| | | |
|---|---|---|
| Martin M. Van Luven | - | Public Arbitrator, Presiding Chairperson |
| Joseph John Mantione | - | Non-Public Arbitrator |
| Shannon Nicole Boyd | - | Non-Public Arbitrator |

I, the undersigned Arbitrator, do hereby affirm that I am the individual described herein and who executed this instrument which is my award.

### Concurring Arbitrators' Signatures

_____         _____
Martin M. Van Luven                           Signature Date
Public Arbitrator, Presiding Chairperson


_____         _____
Joseph John Mantione                          Signature Date
Non-Public Arbitrator

_/s/ Shannon Boyd_____       1·19·18
Shannon Nicole Boyd                           Signature Date
Non-Public Arbitrator



JANUARY 22, 2018
_____
Date of Service (For FINRA Office of Dispute Resolution office use only)